UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-16, TIMOTHY PAUL DOWNS,

        Defendant.
_____/

Criminal No. 2:11-cr-20129

Honorable Robert H. Cleland

## PRELIMINARY ORDER OF FORFEITURE

The United States filed an Unopposed Application for Entry of Preliminary Order of Forfeiture ("Application") seeking a forfeiture order for any property, real or personal, which constitutes or is derived from proceeds traceable to Defendant Timothy Paul Downs' violations of 18 U.S.C. §§ 371 and 1955, as well as any property, including money, used or involved in such violations, including, but not limited to the following:

(Note: "DD" referenced in the chart below means "Devils Diciples".)

| 1B | ITEM | DATE SEIZED/ FIRE DATE | SEIZED FROM | SEIZURE LOCATION |
|---|---|---|---|---|
| 536 | Roaring '20's Slot Machine, Bally's (Manufacturer), Model S62M3CT-10, S/N 5970519159 | 11/15/2007 | DD Blue Water Club House | 7982 Arnold Road, Ira Twp, MI |
| 543 | DD 2003 Calendar | 11/15/2007 | DD Blue Water Club House | 7982 Arnold Road, Ira Twp, MI |
| 545 | 1 Maxell CD-R, 700 mb, DD by-laws | 11/15/2007 | DD Blue Water Club House | 7982 Arnold Road, Ira Twp, MI |

| | | | | |
|---|---|---|---|---|
| 516 | $93.25 removed from Slot Machine in 1B 516 | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 536 | $16.75 removed from Slot Machine in 1B 536 | 11/15/2007 | DD Blue Water Club House | 7982 Arnold Road, Ira Twp, MI |
| 268 | Nine framed DD mirrors | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 269 | One framed photograph of DD members | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 270 | Black leather vest with DD patches on the back | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 271 | Black leather vest with DD patches on the back, black leather vest with miscellaneous DD patches | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 272 | One black leather vest with DD patches on the back, black leather vest with miscellaneous DD patches | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 273 | One black leather vest with DD patches on the back, black leather vest with miscellaneous DD patches and pins | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 274 | One black leather vest with DD patches on the back, one black leather vest with miscellaneous DD patches and pins | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 275 | One black leather vest with DD patches on the back | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 276 | One black leather vest with DD patches on the back, one black leather vest with miscellaneous DD patches and pins | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 277 | Miscellaneous DD memorabilia, miscellaneous DD patches | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 287 | DD flag and business card | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 288 | Miscellaneous DD shirts, 12 Miscellaneous clothing items | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 293 | Two DD plaques | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |

2

| 295 | One DD plaque | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
|---|---|---|---|---|
| 297 | One Sentry model 1110 safe | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 299 | One black leather vest with DD patches on the back, one black leather vest with miscellaneous DD patches and pins | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 300 | One black leather vest with DD patches on the back | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 301 | One Lite Industries green protective vest | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 302 | One black DD blanket | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 306 | Miscellaneous DD memorabilia, miscellaneous DD patches | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 315 | Eight picture frames, eight picture frames of DD members | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 317 | One poster board with four pictures of DD members | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 324 | One gold colored men's ring with "EK" engraved | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 330 | One gold colored men's ring with "Devils Diciples" engraved, One gold colored men's ring in the form of "44" | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 514 | Casino Poker Machine, Cal Omega (Manufacturer), S/N 800910 | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 515 | Draw Poker Machine, Casino Electronics (Manufacturer), Model 327-510, S/N M-2977 | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 516 | All American Slot Machine, Bally's (Manufacturer), Model S63U3WT-10, S/N S970518491 | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 517 | 777 Slot Machine, Bally's (Manufacturer), Model S65L3CT60, S/N S970316561 | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |

| | | | | |
|---|---|---|---|---|
| 522 | One CPU, HP Model #A720N, s/n 4390W47 | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 523 | One CPU, Packard Bell Legend 3540, P/N 890388, S/N N168002246, additional numbers A9404X4A/PBNN61600309 | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 525 | One CPU, E-Machine, Model T6412, S/N XRYSA10050300 | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 546 | One Devil's Disciples gold ring "20 years" and ring box | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 325 | One 9mm black magazine | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 326 | One handgun magazine, black | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 327 | Eleven 9mm rounds | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 328 | Twelve 9mm rounds | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 329 | Miscellaneous ammunition, one bag | 6/18/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| | 1 Ashiba Digital Scale, Model 1625 with case | 3/10/2005, COMET, tot FBI4/18/2005 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 514 | $8.50 removed from Slot Machine in 1B 514 | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 517 | $31.00 removed from Slot Machine in 1B 517 | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 520 | FEG/KBI pistol, Model PJK-9HP, S/N G02677, 9mm caliber | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 529 | Two shotgun rounds, one .410-gauge round, 40 rounds .45 caliber, magazine with seven rounds of .45 caliber | 11/15/2007 | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 814 | Mossberg Shotgun, Model 500A, S/N J501722, 12-gauge | 2/19/04 (ATF) 2/21/08 (FBI) | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| | 8 each, 9mm Luger Rounds | 3/11/2005, MSP | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |

|  | Pistol, Semi Auto, Model 213, 9mm, (made in China) and one magazine | 3/11/2005, COMET | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
|---|---|---|---|---|
|  | Mossberg Shotgun, Model 500A, 12-gauge | 3/11/2005, COMET | DD Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 609 | 2 Bar Slot Machine, Bally's (Manufacturer), Model S63L3WT-10, S/N S940202515 | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 610 | 3 Bar Slot Machine- Wild Rose, Bally's (Manufacturer), Model S62B3VT-10, S/N S930805443 | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 611 | 3 Bar Slot Machine - 7 Second Chance, Bally's (Manufacturer), Model S63U3WT10, S/N S950100082 | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 612 | 3 Bar Slot Machine - Blazing 777, Bally's (Manufacturer), Model S63U3CT-70, S/N S970316959 | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 613 | 3 Bar Slot Machine - Blazing 777, Bally's (Manufacturer), Model S63BCT-60, S/N S970316552 | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 615 | "44" Photo Plaque with one photo | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 616 | "Vern DDMC" picture plaque with one photo | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 617 | Surveillance video monitor and two cameras | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 618 | DD photo collage | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 625 | DD Biker photo collage | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 1249 | Black leather vest with "Devil's Diciples" insignia | 7/13/2012 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 603 | Five .380 caliber rounds | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 604 | AMT Pistol, Model Backup, S/N D00709, .380 caliber | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |

5

| 605 | Winchester Defender Shotgun, S/N L2079329, 12-gauge | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
|---|---|---|---|---|
| 606 | Seven 12-gauge Winchester shotgun shells | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 607 | One box 12-gauge shotgun shells | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 609 | $169.50 removed from Slot Machine in 1B 609 | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 610 | $69.00 removed from Slot Machine in 1B 610 | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 611 | $234.00 removed from Slot Machine in 1B 611 | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 612 | $74.75 removed from Slot Machine in 1B 612 | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 613 | $89.50 removed from Slot Machine in 1B 613 | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 614 | Crossman Air Rifle, Model 140, No S/N .22 caliber | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 620 | One bag containing numerous .357 magnum rounds | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 622 | One 9mm Glock magazine | 11/15/2007 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 983 | Bersa Handgun, Model Thunder 380, S/N 903222, .380 caliber with magazine (1B985) and seven rounds of ammunition (1B984) | 4/1/2009 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 1248 | Ithaca shotgun, Model 37-Featherlight, S/N 371322238, 12-gauge | 7/13/2012 | DD Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 928 | 35th anniversary DD medallion, "Big Daddy and Baby Girl" DD photo | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 929 | DD silver ornament | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 930 | DD tee shirts, (7) | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 931 | DD miscellaneous items, one black leather case, one DD cup holder and one DD knit hat | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |

6

| 932 | DD patch | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
|---|---|---|---|---|
| 936 | Five cell phones: (1) T Mobile Blackberry with case, Model 7105t, S/N CE0168; (2) One Nokia cell phone, Model 1600, S/N 0532765F007r1; (3) One Verizon LG cell phone, Model VX3300, S/N 507CYGW0711935; (4) One T Mobile Motorola cell phone, Model 610214611765, S/N D54EFSZK51; (5) One T Mobile cell phone, Model Exca100(HTC), S/N SZ712FE03465 with leather case | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 937 | MC DD patch, FTW DD patch, DD magnet, DD coffee cup (broken handle), DD tee shirt | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 938 | DD sweatshirt and DD tee shirt | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 939 | DD vest with miscellaneous DD patches | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 940 | Picture of DD 2006, picture of DD 2006, drawing of DD Forever, wooden emblem of DD Michigan | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 941 | One black and tan knife in cloth container | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 946 | Three DD hats | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 948 | One Dell CPU, Serial number CN0C31527082141C2KL, Model number MTC2 | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |

| 949 | Bally's Slot Machine Wild Rose, Model S62M3CT-10, S/N S960403714 and one flamingo casino token | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
|---|---|---|---|---|
| 950 | Panic Saurus Slot Machine, Yamasaki Limited (Manufacturer), No visible S/N and 55 tokens from machine | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 951 | One silver colored "DD" ring | 10/30/2008 | Timothy Downs | 49618 Octavia Chesterfield Twp, MI |
| 119 | Ruger Revolver, Model Blackhawk, S/N 41-23464, .41 caliber | 5/15/2007 | Tucson Clubhouse | 4502 E. Benson Highway, Tucson, Arizona |
| 132 | Two 9mm Magazines, 30 round capacity | 5/15/2007 | Tucson Clubhouse | 4502 E. Benson Highway, Tucson, Arizona |
|  | One silver Metro PCS | 4/1/2009 | Paul Darrah | 21655 23 Mile Road, Macomb Twp, MI |

## WEBSITES

- www.devilsdiciples.org
- www.devilsdiciplesmc.us
- http://devilsdiciples.tripod.com
- www.facebook.com/pages/Devils-Diciples/138240809533008
- https://www.facebook.com/pages/Devils-Diciples-Port-Huron/180687321995079

## OTHER

- The trade mark / word mark / service mark, an example of which is attached hereto as Exhibit A (Registration Number 4574783), issued to Devils Diciples MC. The mark consists of an upper arc framing the words "DEVILS DICIPLES", a design with two crossed pitch forks over a spoked wheel, and the letters "MC", purportedly for use in commerce to indicate membership in an organization of motorcycle riders;

- the word mark "Devils Diciples MC";

- Devils Diciples Motorcycle Club "Colors" including but not limited to center

8

wheel, vests, pins and patches.

(The property described above is hereinafter collectively referred to as the "Subject Property").

Based upon the information contained in the Application, the contents of the Rule 11 Plea Agreement entered into by Defendant Timothy Paul Downs ("Defendant"), Defendant's guilty plea to violating 18 U.S.C. §§ 371 and 1955, as alleged in Count Two of the Third Superseding Indictment, Defendant's agreement to forfeit the Subject Property, and other information in the record, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1955(d) together with 28 U.S.C. § 2461(c) and Fed.R.Crim.P. 32.2, the Subject Property **IS HEREBY FORFEITED** to the United States for disposition in accordance with the law, and any right, title or interest of Defendant in such property **IS HEREBY AND FOREVER EXTINGUISHED**.

2. Based upon the information and agreements contained in Defendant's Rule 11 Plea Agreement, and other information in the record, there is a sufficient nexus between the Subject Property and Defendant's offense, and therefore, the Subject Property is forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1955(d) together with 28 U.S.C. § 2461(c).

3. This Order shall become final as to Defendant at the time it is entered.

4. The forfeiture of the Subject Property shall be made part of Defendant's sentence and included in Defendant's Judgment, and this Preliminary Order of Forfeiture shall be incorporated by reference in the Judgment.

5. Upon entry of this Preliminary Order of Forfeiture, the United States Attorney General or his designee is authorized to commence any applicable proceeding to comply with the statutes governing third party rights, including giving notice of this Order.

6. Pursuant to 21U.S.C. § 853(n), the United States shall publish notice of this Preliminary Order of Forfeiture and of its intent to dispose of the Subject Property in such manner as the Attorney General may direct on [www.forfeiture.gov](www.forfeiture.gov) for at least thirty (30) consecutive days.  Said notice shall direct that any person, other than the Defendant, asserting a legal interest in the Subject Property, may file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.  The petition shall be for a hearing before the Court alone, without a jury and in accordance with 21 U.S.C. § 853(n), to adjudicate the validity of the petitioner's alleged interest in the Subject Property.  Pursuant to 21 U.S.C. § 853(n), any petition filed by a third party asserting an interest in the Subject Property must be signed by the petitioner under penalty of perjury and must set forth the nature and extent of the

petitioner's alleged right, title or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Subject Property, any additional facts supporting the petitioner's claim, and the relief sought. Pursuant to 21 U.S.C. § 853(n), the United States may also, to the extent practicable, provide direct written notice to any person or entity known to have an alleged interest in the Subject Property.

7. The United States is hereby authorized, pursuant to 21 U.S.C. § 853(n) and Federal Rules of Criminal Procedure 32.2 (c), to conduct any discovery in the ancillary proceeding in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is proper and desirable.

8. Pursuant to 21 U.S.C. § 853(n), following the Court's disposition of any petitions for ancillary hearing, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n) for the filing of third party petitions, the United States shall have clear title to the Subject Property, all other interests in the Subject Property shall be FORFEITED to the United States, this Order shall become the Final Order of Forfeiture as provided by Federal Rule of Criminal Procedure 32.2(c)(2), and the United States shall be authorized to dispose of the Subject Property as prescribed by law.

9.      The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**

Dated: March 9, 2016
                                    s/Robert H. Cleland
                                    HONORABLE ROBERT H. CLELAND
                                    United States District Judge